We have one matter this afternoon, and that is NRA National Football League Players Concussion Injury Litigation Number 14-8103 Mr. Molo, Mr. Karloff, or Professor Karloff and Mr. Birnbaum Whenever you're ready Mr. Molo